1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

10

11

12

GLEN WRIGHT, as personal
representative of the ESTATE
OF TAWNI WRIGHT-TORRES on
behalf of said Estate and on
behalf of minor PAR,

NO. CV-09-3120-EFS

**ORDER OF DISMISSAL**

13

Plaintiff,

14

v.

15

16

DENNIS D. MONCUR and JANE DOE
MONCUR,

Defendants.

17

18

19

20

21

By Stipulation filed March 4, 2010 (Ct. Rec. 4), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees awarded to any party under Federal Rule of Civil Procedure 41.

22

Therefore, **IT IS ORDERED**:

23

24

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and without costs or fees awarded to any party;

25

2. All pending trial and hearing dates are stricken;

26

3. All pending motions are denied as moot; and

4. This file shall be closed.

ORDER * 1

1      **IT IS SO ORDERED.** The District Court Executive is directed to enter

2    this Order and distribute copies to counsel.

3      **DATED** this __4th__ day of March 2010.

4

5                              s/Edward F. Shea
                            EDWARD F. SHEA
6                     United States District Judge

7    Q:\Civil\2009\3120.Stip.Dismiss.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER * 2